

# NUMBER 13-25-00043-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**PHARR-SAN JUAN-ALAMO**
**INDEPENDENT SCHOOL DISTRICT,**                                    **Appellant,**

**v.**

**ELI OCHOA, INDIVIDUALLY AND**
**D/B/A ERO ARCHITECT,**                                    **Appellee.**

---

## ON APPEAL FROM THE 430TH DISTRICT COURT
## OF HIDALGO COUNTY, TEXAS

---

# MEMORANDUM OPINION

**Before Chief Justice Tijerina and Justices West and Fonseca**
**Memorandum Opinion by Justice West**

This matter is before the Court on appellant's unopposed motion to dismiss appeal.

After this appeal was perfected, the trial court granted a motion for new trial rendering this

appeal moot.

The Court, having considered the motion, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Therefore, the motion to dismiss is granted, and the appeal is hereby dismissed. Based on the apparent agreement of the parties within the motion, costs will be taxed against the appellant. *See id.* R. 42.1(d). Because the appeal is dismissed at appellant's request, no motion for rehearing will be entertained.

JON WEST
Justice

Delivered and filed on the
6th day of March, 2025.